UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REGINALD L. CAVITT,

    Defendant.

Case No. 4:17-cr-40063-JPG-1

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Reginald Cavitt has filed a motion for free copies of (1) his sentencing transcript, and (2) the docket sheet in this case. Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Cavitt has neither attached a copy of his prisoner trust fund account nor explained he needs a copy of his sentencing transcript, so the Court must deny Cavitt's motion insofar as it requests a

1

copy of that transcript. The Court can, however send Cavitt a copy of the docket sheet. Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Cavitt's motion for free copies (ECF No. 36) and **DIRECTS** the Clerk of Court to send Cavitt a copy of the docket sheet in this case.

**IT IS SO ORDERED.**

**DATED: JANUARY 17, 2019**

               **s/ *J. Phil Gilbert*** 
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**